## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Alfonzo Jermaine Johnlouis
A.V.C. Cajun 1 - A2 DOC No. 438299
1630 Prison Road
Cottonport LA 71327

**REHEARING ACTION: March 21, 2012**

**Docket Number: 11   01030-CA**

**STATE OF LOUISIANA**
**VERSUS**
**ALFONZO JERMAINE JOHNLOUIS**

**Appealed from Iberia Parish Case No. 07-336**

**BEFORE JUDGES**:

   **Hon. Oswald A. Decuir**
   **Hon. Billy Howard Ezell**
   **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Alfonzo Jermaine Johnlouis** has this day been

   **DENIED.**

cc: Robert Clauson Vines, Counsel for the Appellee